

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2014

No. 04-13-00697-CR

Christopher Arthur **MAROUDAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 364789
Honorable Walden Shelton, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on January 6, 2014. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to February 5, 2014. On February 7, 2014, the appellant filed a motion requesting an additional extension of time to file the brief until March 5, 2014, for a total extension of approximately sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by March 5, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court